UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re:<br>Yolanda Hue<br><br>Debtor(s)<br><br>Rushmore Loan Management Services LLC<br><br>v.<br><br>Yolanda Hue | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 15-43942<br><br>Chapter 13 |

**RESPONSE TO MOTION FOR RELIEF FROM STAY**

COMES NOW, Sean C. Paul, Debtor's attorney, and in response to the Motion to Relief, states:

1. Debtor does not deny 1-8
2. Debtor has insufficient knowledge to admit or deny #9.
3. Debtor does not deny 10.
4. Debtor denies the remaining allegations.  She has tendered a $900 payment that is not on the pay history.  She will stipulate to any remaining past-due balance.

Wherefore debtor prays that relief be denied.

  /s/ Sean C Paul_____
Sean C. Paul 59371MO
8917 Gravois Rd.
St. Louis, MO  63123
Tel: 314.827.4027
Fax: 314.222.0619
scp@pklawonline.com

**CERTIFICATE OF SERVICE**

I, Sean C. Paul, certify that I have sent a copy of this response to the parties below via electronic service on October 12, 2015.


John V. LaBarge, Jr., Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO  63143

South & Associates
6363 College Blvd, Ste 100
Overland Park KS 66211